UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JENNIFER B. POWER AND** <br> **JENNIFER J. TROWBRIDGE** | CIVIL ACTION NO. |
| **Plaintiff,** | |
| VS. | |
| **ROYAL HYWAY TOURS, INC. AND** <br> **GRAY LINE OF ALASKA** | JURY TRIAL DEMAND |
| **Defendants.** | AUGUST 26, 2021 |

## COMPLAINT

### NATURE OF ACTION

1. The plaintiffs bring this action against the defendants for injuries and losses suffered while passengers on a Gray Line bus registered to and operated by agents, servants and/or employees of the defendants.

### JURISDICTION

2. This Court has subject matter jurisdiction in this case pursuant to 28 U.S.C. § 1332(a) (Diversity of Citizenship). Further, the amount in controversy is in excess of $75,000.00.

1

## PARTIES

3. The plaintiff, Jennifer P. Power, is a resident of the City of Derby and the State of Connecticut.

4. The plaintiff, Jennifer J. Trowbridge, is a resident of the Town of Wethersfield, Connecticut.

5. The defendant, Royal Hyway Tours, Inc., is a corporation established by law doing business in Juneau, Alaska and with its principal place of business located in Seattle, Washington.

6. The defendant, Gray Line of Alaska, is a bus company doing business in Juneau, Alaska and with its principal place of business in Seattle, Washington.

## CAUSE OF ACTION

7. On September 5, 2019, at approximately 9:30 a.m. Pacific Time Zone, the plaintiffs, Jennifer B. Power and Jennifer J. Trowbridge, were passengers and properly seated on GRAY LINE BUS OF ALASKA, Bus # 881 and License Plate No. Alaska SPW-564 in a dockside parking lot in Juneau, Alaska.

8. At said time and said place, the aforementioned bus suddenly and without warning collided with a second Gray Line Bus of Alaska, Bus # 7101 and License Plate No. Alaska DXL-534. Said collision resulted in injuries and losses to the plaintiffs, Jennifer B. Power and Jennifer J. Trowbridge as more particularly set forth below.

9. The injuries and losses as more particularly set forth below suffered by the plaintiffs, Jennifer B. Power and Jennifer J. Trowbridge, were due to the negligence and carelessness of the defendants, their agents, servants and/or employees in one or more of the following ways:

   a. In that they failed to keep a reasonable and proper lookout for other vehicles in the parking lot;

   b. In that they failed to turn or swerve their buses so as to avoid the aforementioned collision;

   c. In that they failed to apply their brakes in time in order to avoid the aforementioned collision;

   d. In that they failed to sound their horns or give a timely warning of the aforementioned impending collision;

   e. In that they failed to keep their buses under proper and reasonable control;

   f. In that they were inattentive in the operation of their buses;

   g. In that they operated their buses at a rate of speed greater than was reasonable and prudent having due regard to the width, traffic and use of the highway, road or parking area, the intersection of streets and weather conditions;

   h. In that they backed their buses up when the movement could not be made safely and without interfering with other traffic in violation of 13 AAC 02.485(a);

   i. In that they drove their buses at a rate of speed that was greater than was reasonable and prudent considering the traffic, roadway and weather conditions in violation of 13 AK ADC 02.275; and

3

j.  In that they operated their buses in a negligent manner in violation of AS 28.35.410.

10. As a result of the aforementioned collision and the negligence and carelessness of the defendants, their agents, servants and/or employees, as aforesaid, the plaintiff, Jennifer B. Power, suffered the following injuries and losses some of which may be permanent in nature:

a. Cervical pain and discomfort;

b. Right C-4-C5 herniated disc with radiculopathy;

c. Right cervical radiculitis;

d. Injury to right trapezius shoulder;

e. Whiplash injuries;

f. Headaches;

g. Bruises and contusions throughout her body;

h. Mental and physical pain and suffering.

11. As further result of the negligence and carelessness of the defendants, their agents, servants and/or employees, as aforesaid, the plaintiff, Jennifer B. Power, was forced to expend large sums of money for hospital and medical care, diagnostic and radiological testing, injections, physical therapy and medication, all that were necessary for her recovery, and will continue to expend additional sums of money for future medical treatment.

12. As a further result of the negligence and carelessness of the defendants, their agents, servants and/or employees, as aforesaid, the plaintiff, Jennifer B. Power, lost time from work and her earning capacity has been impaired.

13. As a further result of the negligence and carelessness of the defendants, their agents, servants and/or employees, as aforesaid, the plaintiff, Jennifer B. Power, was unable and remains unable to participate and enjoy in life's usual activities and enjoyment.

14. As a result of the aforementioned collision and the negligence and carelessness of the defendants, their agents, servants and/or employees, as aforesaid, the plaintiff, Jennifer J. Trowbridge, suffered the following injuries and losses some of which may be permanent in nature:

    a. Whiplash injuries;

    b. Concussion;

    c. Injury to head;

    d. Injury to cervical spine;

    e. Injury to thoracic spine;

    f. Injury to lumbar spine;

    g. Occipital throbbing headaches associated with nausea;

    h. Injury to shoulders bilaterally;

    i. Injury to right elbow;

    j. Bruises and contusions throughout her body;

    k. Mental and physical pain and suffering.

15. As further result of the negligence and carelessness of the defendants, their agents, servants and/or employees, as aforesaid, the plaintiff, Jennifer J. Trowbridge, was forced to expend large sums of money for hospital and medical care, diagnostic and radiological testing, injections, physical therapy and medication, all that were necessary for her recovery, and will continue to expend additional sums of money for future medical treatment.

16. As a further result of the negligence and carelessness of the defendants, their agents, servants and/or employees, as aforesaid, the plaintiff, Jennifer J. Trowbridge, lost time from work and her earning capacity has been impaired.

17. As a further result of the negligence and carelessness of the defendants, their agents, servants and/or employees, as aforesaid, the plaintiff, Jennifer J. Trowbridge, was unable and remains unable to participate and enjoy in life's usual activities and enjoyment.

## RELIEF

**WHEREFORE**, in order to fairly and justly compensate the plaintiffs who were negligently injured by the defendants, their agents, servants and/or employees, the plaintiffs demand a judgment for money damages against the defendants in addition to any further relief the Court deems just and equitable.

### PLAINTIFFS DEMAND TRIAL BY JURY

THE PLAINTIFFS,

BY _____
Daniel H. Cotter, Esq.
Cotter, Cotter & Mullins, LLC
6515 Main Street, 2nd Floor, Suite 10
Trumbull, Connecticut 06611
Email No.: dcotter@ccmvlaw.com
Juris No. ct 09239

6

Case 3:22-cv-00275-SLG   Document 1   Filed 08/26/21   Page 6 of 6