U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JENNIFER B. POWER and** ) | **CASE No. 3:21-cv-01145-VLB** |
| **JENNIFER J. TROWBRIDGE,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| VS. ) | |
| ) | |
| **ROYAL HYWAY TOURS, INC. AND** ) | |
| **GRAY LINE OF ALASKA,** ) | September 20, 2021 |
| ) | |
| **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendant, ROYAL HYWAY TOURS, INC., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Royal Hyway Tours, Inc. is a non-governmental corporate party to the above styled action. Its sole parent corporation is Holland America Line, Inc.

2. No other entity owns 10% or more of Royal Hyway Tours, Inc.

3. Royal Hyway Tours, Inc. submits that the Plaintiff, counsel for the Plaintiff and counsel for Royal Hyway Tours, Inc. have an interest in the outcome of this matter.

RESPECTFULLY SUBMITTED,
DEFENDANTS,
ROYAL HYWAY TOURS, INC. d/b/a GRAY LINE OF ALASKA

By  */s/ Greil I. Roberts*
    Greil I. Roberts
    Gordon & Rees Scully Mansukhani, LLP
    95 Glastonbury Boulevard, Suite 206
    Glastonbury, CT 06033
    Phone: 860-494-7507
    Fax: 860-560-0185
    Email: groberts@grsm.com

## CERTIFICATION

     I hereby certify that on this 20th day of September, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filings. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Greil I. Roberts_____
                                      Greil I. Roberts